In the United States District Court

For the District of Rhode Island
(Form mailed ____________, 20__)

U.S. Born Citizen
George McKenna
639 Jefferson Blvd. #8
Warwick R.I. 02886

Enter above the full name of the plaintiff in this action.

SH

CA 07 169 ML

v.

Civil Action No. ____________

Magistrate Judge
Gorden Smith
250 Benefit St. Prov. Superior Court
Providence R.I.

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☒ ~~No ☐~~

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

____________

Defendants: ____________

____________

2. Court (if federal court, name the district; if state court, name the county):

Providence - Rhode Island
County State of R.

3. Docket number: ______________________

4. Name of judge to whom case was assigned: Magistrative - Gordon Smith

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

New Case (Federal)

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: ______________________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☐ No ☐

B. If your answer is YES:

1. What steps did you take? ______________________

2. What was the result? ______________________

C. If your answer is NO, explain why not: Not in Prision Civilian in Socitaty

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff George McKenna - Self Counsel

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant ______________________ is employed as Magastrate Judge Drug Court at Prov. Superior Court

C. Additional Defendants: ______________________

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

Violated federal Opinion of 1st Amendment To free Speech and Opinion.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

Allow Plaintiff To Demand Jury Trial with Jury If Evidence shows Award Plaintiff one Million Dollars for Damages Suffered, Both Punitive and Emotional Sufferage.

Thank You
with full Sincerity
[signature]

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this ________________________ day of ____________________
__________, 2007

Signature of plaintiff

______________________________
______________________________
______________________________

Complete address of plaintiff