Dear Honorable; Gordan Smith; Drug Court

Dear Sir,
Enclosed Please find federal Case

Virginia Vs. Hicks No, 02-371.
And Also United States President, - Bush
was Denied His Petition To overturn
1st. Amendment Right To free Speech
and Opinion and, To Address That.
This is my 2nd Letter To you.
How you Think you Have more Power
Than The President of. The United States
Is Beyond me. This is in Regards To
your Illegal Action of my Letter in
Regards To State vs. Catherine McKenna

I'll give (5) five Buisness Days for
you To Come Correct, with The Law,

Before I Commance Legal Action
Against you, State And federal Both

Submitted with full Intent
with fullest Sincerity

George McKenna
House of Hope
639 Jefferson Blvd. #
Warwick RI, 02886
Pager 325-0050

TRANSMISSION VERIFICATION REPORT

TIME : 05/08/2007 09:32
NAME : DELUCA AND DELUCA
FAX : 4017324606
TEL : 4017324606
SER.# : 000A6J640682

| | |
|---|---|
| DATE,TIME | 05/08 09:31 |
| FAX NO./NAME | 832222794 |
| DURATION | 00:01:19 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | FINE PC-FAX ECM |

05/08/2007 10:42 401 732-4606 PAGE 1/2

Dear Honorable; Gordon Smith; Drug Court

Dear Sir,
Enclosed Please find federal Case
Virginia Vs. Hicks No, 02-371.
And Also United States President, Bush
was Denied His Petition To overturn
1st. Amendment Right To free Speech
and opinion and To Address That.
This is my 2nd Letter To you,
How you Think you Have more Power
Than The President of The United States
Is Beyond me. This is in Regards To
your Illegal Action of my Letter in
Regards To State vs. Catherine McKenna

I'll give (5) five Buisness Days for
you To Come Correct, with The Law,

Before I Commance Legal Action
Against you, State And federal Both

The First Amendment also made an important appearance... as the Bush administration filed its petition asking the High Court to review and reverse the decision... declaring the words "under God" in the Pledge of Allegiance unconstitutional. First Amendment Issues Surround Term's Last Day of Arguments

The First Amendment dominated at the U.S. Supreme Court Wednesday as the justices heard the last scheduled arguments of the current term.

In the courtroom, the justices heard the case of *Virginia v. Hicks*, No. 02-371, which raises the issue whether a policy of Richmond, Virginia, making the streets and sidewalks around a crime-ridden public housing project off-limits to non-residents infringes upon the First Amendment rights of those who may wish to use such a traditionally public space for speech, demonstrations, and leafleting.

The trespass policy, put into effect in 1997, was designed to eliminate the drug trade and violent crime plaguing the low-income neighborhood and has since been copied by other cities. But since the policy subjects non-residents to arrest and prosecution for simply being on the premises without a "legitimate purpose" or the prior permission of the police or housing authority officials, it violates an individual's First Amendment right to use the "streets and sidewalks every day to walk, jog, visit neighbors, solicit business, canvass, protest, march, and assemble for various reasons," according to Steven Benjamin, the attorney for the man challenging the law.

At arguments, the justices seemed skeptical of whether this particular First Amendment challenge was proper because the man prosecuted under the law, Kevin Hicks, had not shown any interest in exercising his constitutionally protected rights to speak or petition when he transgressed the boundaries of the no-trespass zone. Instead, Mr. Hicks told police that he was delivering diapers to his child, who lives in the project. As a result, the Court may choose not to strike down the trespass policy on free speech grounds and instead return the case to the Virginia courts to consider other problems with the law, including whether it is unconstitutionally vague or infringes upon non-residents' freedom of movement.

The First Amendment also made an important appearance in the Clerk's Office on Wednesday as the Bush administration filed its petition asking the High Court to review and reverse the decision of the U.S. Court of Appeals for the 9th Circuit declaring the words "under God" in the Pledge of Allegiance unconstitutional. The request, filed by Solicitor General Theodore Olson, urges the justices to take up the controversial case, stating that "[w]hatever else the [Constitution's Establishment Clause] may prohibit, this Court's precedents make clear that it does not forbid the government from officially acknowledging the religious heritage, foundation and character of this Nation."

In fact, the Solicitor General's filing explains that the 9th Circuit's "error is so manifestly contrary to precedent" that the High Court may simply decide to overturn the decision summarily, without full briefing and oral arguments. According to the brief, the Court has already ruled that the Pledge is constitutional on two other occasions and numerous justices have assumed as much in other opinions and writings.

Dear Honorable 10-16-06

now Comes The Herein PlainTiff and Prays This Honorable CourT GranTs His PeTiTion To EnTer on behalf of STaTe Vs. CaTherine McKenna

JurisTicTion

The JurisTicTion of This RequesT is in Accordance of federal Law and federal Guideline ThaT All Born NaTuralized CiTizens To Have Their first Admendment RighT To PeTiTion To Congress freely Exercising for Law Purp and Due Process. under 14Th AcT.

Confidence of Trust

I'll mainTain full Confidence and TrusT This courT will Honor my RequesT To be Herd

Respectfully Yours

George McKenna

George McKenna
House of Hope
639 Jefferson Blvd. ApT. 8
Warwick R.I. 02886
Pager # 325-0086

# Claim of Lien

State of Rhode Island

County of Providence

Before me, the undersigned Notary Public, personally appeared George McKenna who duly sworn says that he is (the lienor herein) (the agent of the lienor herein) whose address is 639 Jefferson Blvd Apt 8 Warwick R.I. 02886 and that in accordance with a contract with Rule 42 of U.S. Constitution F.R.C.P. lienor furnished labor, services or materials consisting of: (Describe specially fabricated materials separately) upon notice still committed violations of law with intent to do so

on the following described real property in Providence County, State of Rhode Island:

(Describe real property sufficiently for identification, including street and number: In amount of class action suite filed, in jury verdict decision All Assets

owned by Magistrate Gordon Smith of a total value of one million Dollars Dollars ($1,000,000.00 of which there remains unpaid one million Dollars Dollars ($1,000,000.00 and furnished the first of the items on federal law violations 20 07 and the last of the items on ______, 20____ and (if the lien is claimed by one not in privity with the owner) that the lienor served his notice to owner on May 15th, 2007 by George McKenna.

(Method of Service)

And, (if required) that the lienor served copies of the notice on the contract on ______, 20____, by ______, and on the subcontractor

(Method of Service)

on 20____, by ______, and (if known) on the lender ______, on ______, by ______.

(Method of Service)



www.socrates.com

© 2004, Socrates Media, LLC
LF136 • Rev. 04/04