UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GEORGE MCKENNA

v. C.A. 07-169ML

MAGISTRATE JUSTICE GORDEN SMITH

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated May 24, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The complaint is hereby DISMISSED pursuant to 28 U.S. C. 1915A.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
~~May~~ June 19, 2007

Entered as an Order of this Court on ~~May~~ June 19, 2007

Barbara Barletta
Deputy Clerk